UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNUM Life Insurance Company of America,
    Plaintiff(s),

v().

Denise Smith, et al.,
    Defendant(s).

Case No. 1:21-cv-138
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date __Oct 1, 2021__

awh    October 1, 2021

Karen L. Litkovitz
United States Magistrate Judge